

Jeanne E. Davidson, Department of Justice, Washington, DC, for Defendant–Appellee.

Keith Russell Judd, Texarkana, TX, pro se.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**UNITED STATES, Federal Bureau of Prisons, Federal Bureau of Investigation, U.S. Marshals Service, and U.S. Department of Justice, Defendants–Appellees.**

Nos. 2009–1295, 2009–1296.

United States Court of Appeals, Federal Circuit.

April 15, 2009.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, Defendant–Appellee.**

No. 2009–1297.

United States Court of Appeals, Federal Circuit.

April 15, 2009.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is